**The Honorable J. Kelley Arnold**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACKLYNN SHORT,<br><br>        Plaintiff,<br>    v.<br>JEFFERSON COUNTY, et al,<br><br>        Defendants. | NO. C05-5677 JKA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants, acting by and through their respective attorneys, that the above-entitled action may be dismissed with prejudice and without attorneys' fees and costs to any party, this matter having been fully settled and compromised among the parties.

*/s/ Guy Bogdanovich*

11-14-06
Date            Guy Bogdanovich, WSBA No. 14777
                Attorney for Defendants

*/s/ Stan Glisson*

11-14-06
Date            Stan Glisson, WSBA No. 28323
                Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL - 1

Cause No: C05-5677 JKA

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

**ORDER**

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby

ORDERED that the above-entitled action shall be and the same is hereby DISMISSED with prejudice and without attorneys' fees and costs to any party.

DATED this 22nd day of November, 2006.

             _/s/ J. Kelley Arnold_
             U.S. Magistrate Judge

**Presented by:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

    _/s/ Guy Bogdanovich_
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendants
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
email: gbogdanovich@lldkb.com

**Approved for entry:**

Glisson & Witt, PLLC

    _/s/ Stan Glisson_
_____
Stan Glisson, WSBA No. 28323
Attorney for Plaintiff
400 Warren Ave., Suite 415
Bremerton, WA 98337
Telephone: (360) 782-9000
Fax: (360) 782-9003
email: stan@glissonwitt.com

STIPULATION AND ORDER OF DISMISSAL - 2

Cause No: C05-5677 JKA

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511